19-138
**PHILIP MICHELS (Bar No. 57802)**
**JIN N. LEW (Bar No. 136578)**
**LAW OFFICES OF MICHELS & LEW**
11755 Wilshire Blvd., Suite 1300
Los Angeles, California 90025-1540
Telephone:   (310) 444-1200
Facsimile:    (310) 444-1211
pmichels@michels-lew.com
jlew@michels-lew.com

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
6/6/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 97

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| L.M.B, a minor, by and through his guardian ad litem, RAEGAN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED IMAGING OF GARDENA, RICHARD C. SHIN, M.D. AND DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No. 2:21-cv-01683 PSG-AFMx<br><br>Chief Judge Hon. Philip S. Gutierrez<br>Magistrate Judge Alexander F. MacKinnon<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered the Stipulation of Dismissal with Prejudice, orders that this action against each defendant is dismissed with prejudice, with each party to bear her, his or its own costs and fees, including attorney fees.

It is further ordered that, pursuant to its Order of March 6, 2023, the Court retains jurisdiction of this matter as it relates to the resolution of the Medi-Cal lien claim.

Dated: 6/6/23

By: _____
Honorable Philip S. Gutierrez
United States District Judge